UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA K. GUNDY,<br><br>                          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security<br><br>                          Defendant. | Case No. 3:09-cv-05111-KLS<br><br>ORDER REMANDING DEFENDANT'S DECISION FOR FURTHER ADMINISTRTIVE PROCEEDINGS |

This matter comes before the Court on the order of the Ninth Circuit remanding this matter to defendant to conduct further administrative proceedings. <u>See</u> ECF #28.  Accordingly, the matter hereby is REMANDED to defendant to conduct further administrative proceedings in accordance with the Ninth Circuit's order.

The Clerk is directed to send a copy of this order to counsel for plaintiff and counsel for defendants.  The Clerk also is directed to take all action necessary to remand this matter as noted herein.

DATED this 6th day of June, 2011.


                                                                    /s/ Karen L. Strombom
                                                                    Karen L. Strombom
                                                                    United States Magistrate Judge

ORDER - 1